UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-112-MMH-MCR
    18 U.S.C. § 152(1)

PHILIP CHENEVERT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Concealing of Property Belonging to the Estate of a Bankruptcy Debtor)

On January 30, 2023, in the Middle District of Florida, the defendant,

PHILIP CHENEVERT,

did knowingly and fraudulently conceal from creditors and a United States Trustee, any property, to wit: interest in real property located in New Mexico and Oklahoma, and a foreign bank account located in the Philippines, which contained assets belonging to the debtor's estate, in connection with the case, Case Number 3:23-bk-00205-BAJ, in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division which was filed under Title 11 of the United States Code:

In violation of 18 U.S.C. § 152(1).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 152(1), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████
Foreperson

GREGORY W. KEHOE
United States Attorney

By: *[signature]*
JOHN CANNIZZARO
Assistant United States Attorney

By: *[signature]*
FRANK M. TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
5/13/25 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

PHILIP CHENEVERT

INDICTMENT

Violations: 18 U.S.C. § 152(1)

A true bill,

_____
Foreperson

Filed in open court this 21st day

of May, 2025.

_Barbara Rothermel_____
Clerk

Bail   $ _____

GPO 863 525